IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 11-cv-01207-LTB-CBS

SARRA LEONHART,

       Plaintiffs,

v.

ITT SYSTEMS CORPORATION,

       Defendants.

_____

**SUPPLEMENTAL ORDER OF REFERENCE
TO UNITED STATES MAGISTRATE JUDGE**
_____

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge **Craig B. Shaffer** is designated to conduct proceedings in this civil action as follows:

( )    Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

( )    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

( )    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion.

( )    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

(X)    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions, specifically Defendant's Motion to Dismiss as a Sanction and Request for Fees and Costs (Doc 40 - filed February 27, 2012).

      ( )    Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that a copy of this court's pretrial and trial procedures can be found at www.co.uscourts.gov.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   February 28, 2012