IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-01207-LTB-CBS

SARRA LEONHART,

       Plaintiffs,

v.

ITT SYSTEMS CORPORATION,

       Defendants.

___

**ORDER OF DISMISSAL**
___

       THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 52 - filed April 17, 2012), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   April 18, 2012